UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK Attorney: EDWARD C. GREENBERG, LLC - 916

DAVID OPPENHEIMER ET AL

Plaintiff(s)

-against-

CRAIN COMMUNICATIONS, INC.

Defendant(s)

Index #: 18CV10014

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 14, 2018 at 03:25 PM at

685 THIRD AVE
NEW YORK, NY10017

deponent served the within true copy of the SUMMONS & COMPLAINT & ORDER AND NOTICE OF INITIAL CONFERENCE on CRAIN COMMUNICATIONS INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to NANCY WHELAN personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & ORDER AND NOTICE OF INITIAL CONFERENCE as said defendant/respondent and knew said individual to be GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 50 | 5'7 | 170 |

Sworn to me on: November 14, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

**ANDRE MEISEL**
License #: 1372356

Docket #: *1096871*

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK Attorney: EDWARD C. GREENBERG, LLC - 916

DAVID OPPENHEIMER ET AL

Plaintiff(s)

-against-

CRAIN COMMUNICATIONS, INC.

Defendant(s)

Index #: 18CV10014

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 14, 2018 at 03:25 PM at

685 THIRD AVE
NEW YORK, NY10017

deponent served the within true copy of the SUMMONS & COMPLAINT & ORDER AND NOTICE OF INITIAL CONFERENCE on CRAIN COMMUNICATIONS INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to NANCY WHELAN personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & ORDER AND NOTICE OF INITIAL CONFERENCE as said defendant/respondent and knew said individual to be GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 50 | 5'7 | 170 |

Sworn to me on: November 14, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

**ANDRE MEISEL**
License #: 1372356

Docket #: *1096871*