# EDWARD C. GREENBERG, LLC

COUNSELORS AT LAW
570 LEXINGTON AVENUE, 19TH FLOOR
NEW YORK, NY  10022
TELEPHONE: (212) 697-8777
FACSIMILE: (212) 697-2528

Edward C. Greenberg*
ecglaw@gmail.com

Tamara L. Fitzgerald*†                                                     [x]  IF BY MAIL, RESPOND TO:
tl.ecglaw@gmail.com                                                        445 HAMILTON AVENUE, SUITE 1102
                                                                                        WHITE PLAINS, NY  10601

Of Counsel:
Debra S. Reiser*

December 21, 2018

BY ELECTRONIC FILING
Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square, Room 1506
New York, NY  10007

      **Re:**  *Oppenheimer and Performance Impressions LLC v. Crain Communications, Inc.*:
            18-cv-10014 (RA) (RWL)

Your Honor,

      We represent the plaintiffs, David Oppenheimer and Performance Impressions, LLC, in the above-referenced action.  The General Counsel for defendant Crain Communications, Inc., Mr. Peter Grantz, has approved of and is copied on this letter.

      We are writing to inform the Court that the Parties have reached a settlement in principal, prepared a settlement agreement that is out for signature by all parties, and that the settlement payment is expected to be received within the next business day.  Accordingly, we respectfully request that the Court issue a 30-day Order of Dismissal with prejudice.  While we do not foresee any problems with the settlement being finalized, we will contact the Court should any arise.  The Court's courtesies are appreciated.

                                                  Respectfully,

                                                  s/ Edward C. Greenberg (EG 5553)

Cc. Via Email:
      Mr. Peter Grantz, Esq.
      *Counsel for defendant*

*admitted in New York
†admitted in New Jersey